# United States Court of Appeals
## For the First Circuit

———————

No. 00-2341

CASHMERE & CAMEL HAIR MANUFACTURERS INSTITUTE,
F/K/A CAMEL HAIR & CASHMERE INSTITUTE OF AMERICA, INC.,
AND L.W. PACKARD & CO., INC.,

Plaintiffs, Appellants,

v.

SAKS FIFTH AVENUE,
HARVE BENARD, LTD. AND FILENES BASEMENT,

Defendants, Appellees.

———————

ERRATA SHEET

The opinion of this Court issued on April 1, 2002, is amended as follows:

On page 28, line 2: Insert a one-sentence paragraph that reads:

"Nothing in this opinion, however, is meant to preclude defendants from rebutting the presumption of consumer deception at trial by showing that the labeling did not actually deceive consumers."